

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2021

ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

      Re:  **United States v. Victor Mones Coro,**
           **No. 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

      On March 2, 2021, the Government filed its sentencing submission in the above captioned case. (*See* Dkt. No. 185). The Government is now re-filing its submission with an additional redaction on page 7, in accordance with Section 4(B)(i) of the Court's Individual Rules.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:     /s/
      Samuel S. Adelsberg
      Amanda L. Houle
      Assistant United States Attorneys
      (212) 637-2492 / 2194

CC:  counsel of record via ECF